UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61759-CIV-DIMITROULEAS

SOUTH FLORIDA WELLNESS, INC.,
a/a/o Florencio Sanchez, on behalf of itself
and all others similarly situated,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER REGARDING JOINT SCHEDULING REPORT

    THIS CAUSE is before the Court *sua sponte*.

    Defendant filed its responsive pleading on April 14, 2014.  *See* [DE 21].

    Accordingly, it is **ORDERED AND ADJUDGED** that, notwithstanding their previous Status Reports [DE 19; DE 20], the parties shall now follow the procedures and deadlines set forth in the August 15, 2013, Order Requiring Counsel to Meet, File Joint Scheduling Report and Joint Discovery Report [DE 3].

    **DONE AND ORDERED** at Ft. Lauderdale, Broward County, Florida this 17th day of April, 2014.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies Furnished to:

Counsel of Record