

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 13-61759-CIV-DIMITROULEAS

SOUTH FLORIDA WELLNESS, INC.,
a/a/o Florencio Sanchez, on behalf of itself
and all others similarly situated,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/



### STEPHEN G. GRYGIEL'S UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Stephen G. Grygiel, Esq. of the law firm of Silverman Thompson Slutkin White, 201 N. Charles Street, 26th Floor, Baltimore, Maryland, telephone number 443-909-7516, for purposes of appearance as co-counsel on behalf of Plaintiff in the above-styled case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Stephen G. Grygiel, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    Stephen G. Grygiel, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bars of Maine, Massachusetts, Delaware and New York. Certificates of Good Standing are attached hereto as Composite Exhibit "A."



11102.11102-001/00476360_1

2. Movant, Lawrence M. Kopelman, Esq., Florida Bar No. 288845, of the law firm of Kopelman & Blankman, P.A., located at 200 S.W. 1st Avenue, Suite 1200, Fort Lauderdale, Florida 33301, telephone number (954) 462-6855, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Stephen G. Grygiel, Esq. has made payment of this Court's $75 admission fee. A Certification in accordance with Rule 4(b) is attached hereto as Exhibit "B."

4. Stephen G. Grygiel, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Stephen G. Grygiel, Esq. at email address: sgrygiel@mdattorney.com

WHEREFORE, Movant, Lawrence M. Kopelman, Esq., moves this Court to enter an Order for Stephen G. Grygiel, Esq. to appear before this Court on behalf of Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Stephen G. Grygiel, Esq.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that counsel for movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2014, I filed the foregoing document with the Clerk of the Court by U.S. Mail. I also certify that the foregoing document is being served via Electronic Mail this day on all counsel of record or pro se parties identified on the attached Service List.

        KOPELMAN & BLANKMAN, P.A.

        /s/ Lawrence M. Kopelman
        Lawrence M. Kopelman, Esq.
        lmk@kopelblank.com
        Florida Bar No. 288845
        200 SW 1st Avenue, Suite 1200
        Fort Lauderdale, FL 33301
        (954) 525-4100 – Telephone
        (954) 525-4300 – Facsimile

        Attorney for Plaintiff South Florida Wellness, Inc.

CASE NO. 13-61759-CIV-DIMITROULEAS

## SERVICE LIST
### South Florida Wellness, Inc. vs. Allstate Insurance Company
### Case No. 13-61759-CIV-DIMITROULEAS
### United States District Court, Southern District of Florida

Douglas G. Brehm, Esquire
dbrehm@shutts.com
SHUTTS & BOWEN LLP
201 South Biscayne Blvd., Suite 1500
Miami, FL 33131
(305) 379-9140 - Telephone
(305) 381-9982 – Facsimile

Peter J. Valeta, Esquire
peter.valeta@mbtlaw.com
MECKLER BULGER TILSON
MARICK & PEARSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7895 – Telephone
(312) 474-7898 – Facsimile

Lawrence M. Kopelman, Esq.
lmk@kopelblank.com
KOPELOWITZ OSTROW, P.A.
200 S.W. 1st Avenue, Suite 1200
Fort Lauderdale, FL 33301
(954) 525-4100 – Telephone
(954) 525-4300 – Facsimile

Harvey D. Ginsburg
Ginsburg@lawyerbythesea.com
Museum Tower
200 S. Andrews Avenue, Suite 700
Fort Lauderdale, FL 33301
954-776-1144 – Telephone
954-765-6301 – Facsimile

Stephen G. Grygiel, Esq.
sgrygiel@mdattorney.com
Silverman Thompson Slutkin White
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
(443) 909-7516 – Direct
(410) 385-2225 – Main Telephone
(410) 547-2432 – Facsimile

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1986**, said Court being the highest Court of Record in said Commonwealth:

## Stephen G. Grygiel

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventh** day of **July** in the year of our Lord **two thousand and fourteen.**



EXHIBIT
Composite
" A "

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

**BOARD MEMBERS**

Gregory T. Caswell, Chair
Victoria Powers, Esq., Vice Chair

Richard P. Dana, CPA
Cathy A. DeMerchant
Barbara H. Furey, Esq.
Charles E. Gilbert, III, Esq.
Dawn M. Pelletier, Esq.
Daniel Pileggi, Esq.
Stephen J. Schwartz, Esq.

**BOARD STAFF**

**EXECUTIVE DIRECTOR**
Jacqueline M. Rogers

**BAR COUNSEL**
J. Scott Davis

**ASSISTANT BAR COUNSEL**
Aria Eee
Alan P. Kelley

# BOARD OF OVERSEERS OF THE BAR
*Established by the Maine Supreme Judicial Court*

97 Winthrop Street
P O Box 527
Augusta, ME 04332-0527

Phone 207-623-1121 • Fax 207-623-4175
Email: Board@mebaroverseers.org • Web: www.mebaroverseers.org

# Certificate of Good Standing

I, Angela Morse, Esq., Board Clerk of the Board of Overseers of the Bar, hereby certify that Stephen G. Grygiel, Esq. (Bar #3427) of Baltimore, Maryland, was duly admitted as an Attorney and Counselor at Law in the State of Maine on October 1, 1986, and is presently registered and in good standing as an Active member of the bar.

Dated at Augusta, County of Kennebec, State of Maine, on July 3, 2014.



_____
Angela Morse, Esq.
Board Clerk

*Not valid without raised seal.*

Fee Arbitration Commission • Grievance Commission • Professional Ethics Commission

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Stephen G. Grygiel** was admitted to practice as an attorney in the Courts of this State on **January 17, 2007** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 2nd day of July 2014.

Cathy L. Howard
Clerk of the Supreme Court





# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Stephen Gerard Grygiel

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 21st day of June, 2011, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 2nd day of July, 2014.



*Robert D. Mayberger*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 13-61759-CIV-DIMITROULEAS

SOUTH FLORIDA WELLNESS, INC.,
a/a/o Florencio Sanchez, on behalf of itself
and all others similarly situated,

      Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

      Defendant.
_____/

## CERTIFICATION OF STEPHEN G. GRYGIEL, ESQ.

Stephen G. Grygiel, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bars of Maine, Massachusetts, Delaware and New York.

Dated: July 1, 2014

Stephen G. Grygiel, Esq.

KOPELMAN & BLANKMAN, P.A.

/s/ Lawrence M. Kopelman
Lawrence M. Kopelman, Esq.
lmk@kopelblank.com
Florida Bar No.: 288845
200 S.W. 1st Avenue, Suite 1200
Fort Lauderdale, Florida 33301
(954) 525-4100 – Telephone
(954) 525-4300 – Facsimile

11102.11102-001/00476461_1


EXHIBIT "B"

CASE NO. 13-61759-CIV-DIMITROULEAS

SILVERMAN THOMPSON SLUTKIN WHITE

/s/ Stephen G. Grygiel, Esq.
Stephen G. Grygiel, Esq.
sgrygiel@mdattorney.com
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
(443) 909-7516 – Direct
(410) 547-2432 – Facsimile

Attorneys for Plaintiff

CASE NO. 13-61759-CIV-DIMITROULEAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2014, I filed the foregoing document with the Clerk of the Court via hand delivery. I also certify that the foregoing document is being served via Electronic Mail this day on all counsel of record or pro se parties identified on the attached Service List.

/s/ Lawrence M. Kopelman

# SERVICE LIST
## South Florida Wellness, Inc. vs. Allstate Insurance Company
## Case No. 13-61759-CIV-DIMITROULEAS
## United States District Court, Southern District of Florida

Douglas G. Brehm, Esquire
dbrehm@shutts.com
SHUTTS & BOWEN LLP
201 South Biscayne Blvd., Suite 1500
Miami, FL 33131
(305) 379-9140 - Telephone
(305) 381-9982 – Facsimile

Peter J. Valeta, Esquire
peter.valeta@mbtlaw.com
MECKLER BULGER TILSON
MARICK & PEARSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7895 – Telephone
(312) 474-7898 – Facsimile

Lawrence M. Kopelman, Esq.
lmk@kopelblank.com
KOPELOWITZ OSTROW, P.A.
200 S.W. 1st Avenue, Suite 1200
Fort Lauderdale, FL 33301
(954) 525-4100 – Telephone
(954) 525-4300 – Facsimile

Harvey D. Ginsburg
Ginsburg@lawyerbythesea.com
Museum Tower
200 S. Andrews Avenue, Suite 700
Fort Lauderdale, FL 33301
954-776-1144 – Telephone
954-765-6301 – Facsimile

Stephen G. Grygiel, Esq.
sgrygiel@mdattorney.com
Silverman Thompson Slutkin White
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
(443) 909-7516 – Direct
(410) 385-2225 – Main Telephone
(410) 547-2432 – Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 13-61759-CIV-DIMITROULEAS

SOUTH FLORIDA WELLNESS, INC.,
a/a/o Florencio Sanchez, on behalf of itself
and all others similarly situated,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Unopposed Motion to Appear *Pro Hac Vice* for Stephen G. Grygiel, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Stephen G. Grygiel, Esq., may appear and participate in this action on behalf of Plaintiff. The Clerk shall provide electronic notification of all electronic filings to Stephen G. Grygiel, Esq., at sgrygiel@mdattorney.com.

CASE NO. 13-61759-CIV-DIMITROULEAS

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2014.

_____
Honorable William P. Dimitrouleas
United States District Judge

Copies furnished to:
Lawrence M. Kopelman, Esq. (lmk@kopelblank.com)
Stephen G. Grygiel, Esq. (sgrygiel@keefebartels.com)
Harvey D. Ginsburg, Esq. (ginsburg@lawyerbythesea.com)
Douglas G. Brehm, Esq. (dbrehm@shutts.com)
Peter J. Valeta, Esq. (peter.valeta@mbtlaw.com)