UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61759-CIV-DIMITROULEAS

SOUTH FLORIDA WELLNESS, INC.,
a/a/o Florencio Sanchez, on behalf of itself
and all others similarly situated,

      Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

      Defendant.
_____/

**ORDER DENYING WITHOUT PREJUDICE MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      THIS CAUSE is before the Court upon the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") [DE 35], filed herein on July 18, 2014, on behalf of Stephen G. Grygiel, Esq. to make limited appearances in the above-styled case as co-counsel on behalf of Plaintiff.   This Court has carefully considered the Motion [DE 35] and is otherwise fully advised in the premises.

      The Court notes the filing of a $75.00 check made payable to the Clerk, United States District Court.   It also notes that Stephen G. Grygiel, Esq. has certified to having studied the Local Rules and has designated Lawrence M. Kopelman, Esq. as local counsel.   However, Lawrence M. Kopelman, Esq. included an electronic, rather than original, signature on the Motion [DE 35].

      Section 5J of the Court's CM/ECF Administrative Procedures[1] requires a motion to appear *pro hac vice* be "filed in the conventional manner."   *See also* CM/ECF Admin. P. § 2B.

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

Conventionally filed documents must include original signatures, as an "s/" signature is used only for electronically filed documents. *See id.* § 3J. Because the proper CM/ECF Administrative Procedures and Local Rules were not followed, the Court will not grant the Motion [DE 35].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 35] is **DENIED WITHOUT PREJUDICE**; and

2. Counsel may submit a renewed motion for admission to appear *pro hac vice* in compliance with the Local Rules and CM/ECF Administrative Procedures but need not pay an additional filing fee.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of July, 2014.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record