UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| SOUTH FLORIDA WELLNESS, INC., a/a/o Florencio Sanchez, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 13-61759-CIV |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S AND DEFENDANT'S
JOINT MOTION FOR ORDER GRANTING AGREED-UPON
SUMMARY JUDGMENT BRIEFING SCHEDULE AND
<u>ENLARGEMENT OF CLASS CERTIFICATION AND OTHER CASE DEADLINES</u>**

Having read the Parties' Joint Motion and Incorporated Memorandum of Law for Order Granting Agreed-Upon Summary Judgment Briefing Schedule and Enlargement of Class Certification and Other Case Deadlines ("Joint Motion"), and being fully advised in the premises, the Court hereby finds that granting that Joint Motion will promote the most efficient handling of the remainder of this case.

Accordingly, the Court GRANTS the Joint Motion, as follows:

(1)     The Parties' opening summary judgment Motions, Memoranda of Law, and all required supporting materials, shall be filed on December 12, 2014;

(2)     The Parties' opposition briefs to each others' opening Summary Judgment filings shall be filed on January 16, 2014;

(3)     The Parties' reply briefs to each others' opposition briefs on Summary Judgment shall be filed on January 30, 2014;

11102.11102-001/00538962_1

**ATTACHMENT "A"**

(4) The Class Certification Motion deadline, and all other currently pending deadlines in this case are stayed and enlarged pending resolution of the Parties' Summary Judgment Motions; and

(5) Within five (5) days of the Court's Order(s) on the Parties' Summary Judgment Motions, the Parties shall have met and conferred, and within that same five (5) day period, jointly submitted to the Court an Order setting forth proposed deadlines for all further proceedings in the case. The Parties are advised that the Court will approve no newly proposed deadlines, for example, for class certification, that unduly delay the resolution of this case.

DATED: _____

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT COURT JUDGE