UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61759-CIV-DIMITROULEAS

SOUTH FLORIDA WELLNESS, INC.,
a/a/o Florencio Sanchez, on behalf of itself
and all others similarly situated,

      Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

      Defendant.
_____/

**ORDER GRANTING IN PART JOINT MOTION**

THIS CAUSE is before the Court upon the Plaintiff's and Defendant's Joint Motion and Incorporated Memorandum of Law for Order Granting Agreed-Upon Summary Judgment Briefing Schedule and Enlargement of Class Certification and Other Case Deadlines (the "Motion") [DE 42], filed herein on November 12, 2014. This Court has carefully considered the Motion [DE 42] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 42] is **GRANTED in part**;

2. The Parties' opening summary judgment Motions, Memoranda of Law, and all required supporting materials, shall be filed on or before December 12, 2014;

3. The Parties' opposition briefs to each other's Summary Judgment filings shall be filed on or before January 16, 2015;

4. The parties' reply briefs to each other's opposition briefs on Summary Judgment shall be filed on or before January 30, 2015;

5. The Class Certification Motion deadline is extended until **March 4, 2015**; and

6. All other deadlines remain the same.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of November 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record