UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-61759 Dimitrouleas

SOUTH FLORIDA WELLNESS,
INC., a/a/o Florencio Sanchez, on
Behalf of itself and all others
Similarly situated,

      Plaintiff,

vs.

ALLSTATE INSURANCE
COMPANY,

      Defendant.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, that Plaintiff, SOUTH FLORIDA WELLNESS, INC., a/a/o Florencio Sanchez, on behalf of itself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from the Omnibus Order on Motions for Summary Judgment dated February 13, 2015 [D.E.59] and Order Denying Plaintiff's Motion for Reconsideration dated March 16, 2015 [D.E. 61].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

203324.0001/00599455_1

CASE NO. 13-cv-61759 Dimitrouleas

2

LAWRENCE M. KOPELMAN, P.A.


/s/ Lawrence M. Kopelman
Lawrence M. Kopelman, Esquire
LMK@kopelblank.com
Florida Bar No.  288845
*Attorney for Plaintiff*
200 S.W. 1st Avenue, 12th Floor
Fort Lauderdale, Florida  33301
(954) 525-4100 – Telephone
(954) 525-4300 – Facsimile

CASE NO. 13-cv-61759 Dimitrouleas

## SERVICE LIST

**South Florida Wellness, Inc., et al. v. Allstate Insurance Company**
**Case No. 13-cv-61759-CIV-DIMITROULEAS**
**United States District Court, Southern District of Florida**

Lawrence M. Kopelman, Esquire
LMK@kopelblank.com
Fla. Bar #288845
200 S.W. 1st Avenue, Suite 1200
Fort Lauderdale, FL 33301
(954) 525-4100 - Telephone
(954) 525-4300 – Facsimile
Attorney for Plaintiff

Douglas G. Brehm, Esquire
dbrehm@shutts.com
Fla. Bar #330700
Shutts & Bowen LLP
201 South Biscayne Blvd., Suite 1500
Miami, FL 33131
(305) 379-9140 - Telephone
(305) 381-9982 - Facsimile
Attorney for Defendant

Harvey D. Ginsburg, Esquire
Ginsburg@lawyerbythesea.com
200 S. Andrews Avenue, Suite 700
Museum Tower
Fort Lauderdale, FL 33301
(954) 776-1144 – Telephone
(954) 765-6301– Facsimile
Attorney for Plaintiff

Peter J. Valeta, Esquire
peter.valeta@mbtlaw.com
123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-7895 - Telephone
(312) 474-7898 - Facsimile
Attorney for Defendant