# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT



ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 13, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  15-11590-CC
Case Style:  South Florida Wellness, Inc. v. Allstate Insurance Company
District Court Docket No:  0:13-cv-61759-WPD

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

All pending motions are now rendered moot in light of the attached order.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-11590-CC

_____

SOUTH FLORIDA WELLNESS, INC.,
on behalf of itself and all others similarly
situated other
Florencio Sanchez,

Plaintiff - Appellant,

versus

ALLSTATE INSURANCE COMPANY,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellant South Florida Wellness, Inc.'s motion for
voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was
duly entered dismissed on this date, effective November 13, 2015.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Joe Caruso, CC, Deputy Clerk

FOR THE COURT - BY DIRECTION